UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWIGHT MATHEWS,

      Petitioner,

v.     Case No. 8:07-cv-378-T-24TBM

SECRETARY, DEPT. OF CORRECTIONS,

      Respondent.

_____

**ORDER**

On April 24, 1996, the President signed into law several habeas corpus amendments, one of which places limits on the filing of second or successive petitions. The amendment provides in pertinent part that before a second or successive application for habeas corpus relief is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3)(A). Although Petitioner filed the instant petition after the enactment of the aforedescribed amendment, and the present petition is clearly a second or successive petition, (See <u>Mathews v. Farcas, et al.</u>, 8:96-cv-1389-T-23TBM), Petitioner has not shown that he has applied to the court of appeals for an order authorizing this court to consider his application.

Accordingly, the Court orders:

That Petitioner's petition for writ of habeas corpus is denied. The Clerk is directed to close this case and to send Petitioner the Eleventh Circuit's application form for second or successive habeas corpus petitions under 28 U.S.C. § 2244(b). The Clerk is further directed to enter judgment against petitioner Mathews and to close this case.

ORDERED at Tampa, Florida, on March 5, 2007.

SUSAN C. BUCKLEW
United States District Judge

Dwight Mathews